UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TONI FERGUSON,

        Plaintiff,                              Case No.: 3:17-cv-241

vs.

COMMISSIONER OF                        District Judge Thomas M. Rose
SOCIAL SECURITY,                         Magistrate Judge Michael J. Newman

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (doc. 21) is **ADOPTED** in full;

2. Plaintiff's counsel's motion for attorney's fees (doc. 20) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $12,000.00 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

Date: September 9, 2020                                              *s/Thomas M. Rose
                                                                                                      Thomas M. Rose
                                                                                     United States District Judge